

FILED

5:06 pm, 9/4/19
**Stephan Harris**
**Clerk of Court**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

CLOUD PEAK ENERGY INC, et al

Plaintiff,

vs.

UNITED STATE DEPARTMENT OF THE
INTERIOR, et al

Defendant.

Case Number: 19-CV-120-SWS, 19-CV-121-SWS, 19-CV-126-SWS

## CIVIL MINUTE SHEET - MOTION HEARING

Date: Sep 4, 2019          Time: 1:39 - 2:50 3:04 - 4:35  4:45 - 5:03 PM

| Scott W. Skavdahl | Crystal Toner | Anne Bowline | Willie Elliott |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |

Attorney(s) for Petitioner(s)   Brian Artery, Kristina Van Bockern, Kirk Mueller, Gail Wurtzler, Matthew Chudacoff, Keith Burron, James Auslander, Peter Schaumberg, Rex Johnson

Attorney(s) for Respondent(s)   William Grantham, John Everett, Rebecca Jaffe, Nicholas Vassallo, Shannon Anderson, Aaron Colangelo, Cecilia Segal

Witness(es) for Plaintiff(s)

Witness(es) for Defendant(s)

| Pltf/Dft | Doc # | Motion to/for | Disposition |
|---|---|---|---|
| Plaintiff | 22 | Preliminary Injunction | Under Advisement |

☐ Briefs to be filed on or before                    by
                                                      by

☐ Order to be prepared by ☐ Court    ☐ Attorney

Other:
Arguments were heard from:
1:44 pm James Auslander for the Petitioners
2:36 pm Gail Wurtzler for the Petitioners
3:05 pm  Rebecca Jaffe  for the Respondents
3:50 pm John Everette for the Respondents
4:19 pm  William Grantham for the Respondents

Civil Motion Minute Sheet
19-CV-120-SWS, 19-CV-121-SWS, 19-CV-126-SWS

4:25 pm  Cecilia Segal for the Respondents
4:45 pm  Closing by James Auslander for the Petitioners

The Court will take the Motion under advisement.